UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROCKTON RETIREMENT BOARD and, QUINCY RETIREMENT BOARD, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OPPENHEIMER GLOBAL RESOURCE PRIVATE EQUITY FUND I, L.P., OPPENHEIMER ASSET MANAGEMENT, INC., OPPENHEIMER ALTERNATIVE INVESTMENT MANAGEMENT, LLC, OPPENHEIMER & CO., INC., BRIAN WILLIAMSON AND PATRICK KANE,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 1:12-10552 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel for Defendants Oppenheimer Global Resource Private Equity Fund I, L.P., Oppenheimer Asset Management, Inc., Oppenheimer Alternative Investment Management, LLC, Oppenheimer & Co., Inc., and Patrick Kane in the above-captioned action certifies the following:

Defendant Oppenheimer Alternative Investment Management, LLC is a subsidiary of Oppenheimer Asset Management, Inc.

Defendants Oppenheimer Asset Management, Inc., and Oppenheimer & Co., Inc., are subsidiaries of Oppenheimer Holdings Company.

A/75024050.1

- 2 -

No publicly traded entity owns 10% or more of the equity of Defendant Oppenheimer Global Resource Private Equity Fund I, L.P.

        Respectfully submitted,

        */s/* Patrick Strawbridge
        Patrick Strawbridge (BBO) #678274
        BINGHAM McCUTCHEN, LLP
        One Federal Street
        Boston, MA  02110
        (617) 951-8000
        patrick.strawbridge@bingham.com

        *Attorneys for Oppenheimer Global Resource Private Equity Fund I, L.P., Oppenheimer Asset Management, Inc., Oppenheimer Alternative Investment Management, LLC, Oppenheimer & Co., Inc., and Patrick Kane*

Dated:  July 12, 2012

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 12, 2012.

        */s/* Patrick Strawbridge
        Patrick Strawbridge