UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROCKTON RETIREMENT BOARD and, QUINCY RETIREMENT BOARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>    v.<br><br>OPPENHEIMER GLOBAL RESOURCE PRIVATE EQUITY FUND I, L.P., OPPENHEIMER ASSET MANAGEMENT, INC., OPPENHEIMER ALTERNATIVE INVESTMENT MANAGEMENT, LLC, OPPENHEIMER & CO., INC., BRIAN WILLIAMSON AND PATRICK KANE,<br><br>                      Defendants. | CIVIL ACTION NO. 1:12-cv-10552-RWZ |

**DECLARATION OF PATRICK STRAWBRIDGE IN SUPPORT OF
OPPENHEIMER DEFENDANTS' AND PATRICK KANE'S
MOTION TO DISMISS AMENDED COMPLAINT**

PATRICK STRAWBRIDGE, declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney with Bingham McCutchen LLP, counsel for defendants

Oppenheimer Global Resource Private Equity Fund I, L.P., Oppenheimer Asset Management,

Inc., Oppenheimer Alternative Investment Management, LLC, Oppenheimer & Co., Inc.

(collectively, the "Oppenheimer Defendants"), and Patrick Kane.  I make this Declaration in

support of the Oppenheimer Defendants' and Patrick Kane's Motion to Dismiss the Amended

Complaint.

2.     Attached hereto as Exhibit A is a true and correct copy of City of Brockton

Retirement System Actuarial Valuation Report, dated January 1, 2008, which is publicly

available at http://www.mass.gov/perac/brockton/brocktonval08.pdf.

3.      Attached hereto as Exhibit B is a true and correct copy of Quincy Retirement System Actuarial Valuation, dated January 1, 2007, which is publicly available at http://www.mass.gov/perac/quincy07val.pdf.

4.      Attached hereto as Exhibit C is a true and correct copy of the Oppenheimer Global Resource Private Equity Fund I, L.P. Confidential Private Placement Memorandum, dated July 2008.

5.      Attached hereto as Exhibit D is a true and correct excerpt of the Amended and Restated Limited Partnership Agreement of Oppenheimer Global Resource Private Equity Fund I, L.P.

6.      Attached hereto as Exhibit E is a true and correct excerpt of the Amended and Restated Limited Partnership Agreement of Oppenheimer Global Resource Private Equity Offshore Fund I, L.P.

7.      Attached hereto as Exhibit F is a true and correct copy of the Subscription Package for Oppenheimer Global Resource Private Equity Offshore Fund I, L.P. executed by the City of Brockton Retirement System.

8.      Attached hereto as Exhibit G is a true and correct copy of the Subscription Package for Oppenheimer Global Resource Private Equity Fund I, L.P. executed by the Quincy Retirement System.

A/75116671.1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2012.


/s/ Patrick Strawbridge
Patrick Strawbridge

## CERTIFICATE OF SERVICE

I certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any person indicated on ECF as a non-registered participant on August 31, 2012.

/s/ Michael Blanchard
Michael Blanchard, BBO #676860

A/75116671.1